# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:16-cv-410-RJC
## (3:05-cr-353-RJC-DCK-1)

| | | |
|---|---|---|
| **AARON LARICO WYLIE,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Petitioner's Motion to Vacate under 28 U.S.C. § 2255, (Doc. No. 1), in which he seeks § 2255 relief under <u>Johnson v. United States</u>, 135 S.Ct. 2551 (2015). Also pending is Respondent's Motion to Hold Petitioner's Motion to Vacate in Abeyance, (Doc. No. 3).

Petitioner argues in his § 2255 Motion to Vacate that his convictions pursuant to § 924(c) are invalid because his predicate offenses of Hobbs Act robbery do not qualify as "crimes of violence." The Court ordered the Government to respond to the § 2255 petition, however, it moved to stay these proceedings until the Fourth Circuit Court of Appeals resolves <u>United States v. Ali</u>, Case No. 15-4433, and <u>United States v. Simms</u>, Case No. 15-4640. The Government argues that the issue Petitioner has raised in his Motion to Vacate has also been raised in <u>Ali</u> and <u>Simms</u> so that those cases may be dispositive of Petitioner's claim. Petitioner's counsel does not object to the Motion. (Doc. No. 6 at 2). The stay will be granted.

**IT IS HEREBY ORDERED** that

1. Respondent's Motion to Hold Petitioner's Motion to Vacate in Abeyance, (Doc. No. 3), is **GRANTED**. The Government shall have 60 days following the Fourth

1

Circuit's issuance of the mandate in <u>Ali</u> or <u>Simms</u>, whichever occurs first, to file its Response.

Signed: July 11, 2018

Robert J. Conrad, Jr.
United States District Judge